In the United States District Court
Southern District of Texas
Houston Division

| United States of America | |
|---|---|
| v. | Cause No. 4:25-cr-00531(7) |
| Yiyang Wu | |
| Motion to Withdraw as Counsel | |

Judge Hoyt:

Please allow my withdrawal as counsel for Yiyang Wu.

Mr. Wu has retained Kent A. Schaffer of Schaffer Kennedy Johnson, 1001 McKinney Street, Suite 1600, Houston, Texas 77002, telephone 713-228-8500, email kentschaffer@gmail.com, to represent him in this matter. Mr. Schaffer has appeared in this case.

Mr. Wu consents to my withdrawal. I have not had any communication with Mr. Wu in six months.

A copy of this motion will have been served on all counsel of record by the Court's CM/ECF system when it has been filed.

Thank you,

Mark W. Bennett
Texas Bar No. 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713-224-1747
mb@ivi3.com