UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 4:25-CR-531 |
| XIAO PING LI, | |
| Defendant. | |

**MOTION TO UNSEAL ORIGINAL INDICTMENT AS TO
DEFENDANT XIAO PING LI AND TO DISMISS ORIGINAL INDICTMENT
WITHOUT PREJUDICE AS TO DEFENDANT XIAO PING LI**

The United States, by and through Acting United States Attorney John G.E. Marck and Assistant United States Attorney John Ganz, moves as follows:

1. The original Indictment in this case was handed down on October 8, 2025.

2. Defendant #6 in the original Indictment was Xiao Ping Li.[1] The Indictment was sealed as to Mr. Li.

3. The Government later determined that Mr. Li died on August 7, 2025.

4. The Government hereby moves to unseal Mr. Li in the original indictment.

5. The Government further moves under Fed. R. Crim. P. 48(a) to dismiss without prejudice the original Indictment solely as to Xiao Ping Li.

---

[1] A Superseding Indictment was handed down on May 12, 2026. The Superseding Indictment omits Xiao Ping Li.

1

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By:    */s/ John S. Ganz*
John S. Ganz
Assistant United States Attorney
Illinois ARDC #6289542
1000 Louisiana Street, Suite 2300
Houston, TX 77002
(713) 567-9920
john.ganz@usdoj.gov

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CASE NO. 4:25-CR-531 |
| | § | |
| XIAO PING LI | § | |
| | § | |

**ORDER ON MOTION TO UNSEAL ORIGINAL INDICTMENT AS TO DEFENDANT XIAO PING LI AND TO DISMISS INDICTMENT WITHOUT PREJUDICE SOLELY AS TO DEFENDANT XIAO PING LI**

This case is before the Court on the Government's Motion to unseal the original Indictment as to Defendant Xiao Ping Li and to dismiss the original Indictment as to Xiao Ping Li without prejudice. For good cause shown, the Court GRANTS the Motion and ORDERS as follows:

1. The Court UNSEALS the original Indictment as to defendant Xiao Ping Li.

2. The Court DISMISSES the original Indictment solely as to defendant Xiao Ping Li WITHOUT PREJUDICE.

Signed on June ___, 2026 in Houston, Texas.

_____
THE HONORABLE KENNETH HOYT
United States District Judge
Southern District of Texas
Assistant United States Attorney

3